1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA
9
10
MICHAEL CALL,                              Case No.20-cv-03231-NC
11
                 Plaintiff,               **ORDER OF CONDITIONAL**
12                                         **DISMISSAL**
        v.
13
LEONARD JAMES MORELLI,
14
                 Defendant.
15
16

17      The Court having been notified of the settlement of this action, and it appearing that

18 no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this

19 action and all claims asserted herein are DISMISSED with prejudice.  The Clerk of the

20 Court is directed to administratively close this case.  Any party may move to reopen the

21 case, provided that such motion is filed within 30 days.  All scheduled dates are

22 VACATED.

23      The Court retains jurisdiction over this case for 30 days.  *See Kokkonen v. Guardian*

24 *Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

25      **IT IS SO ORDERED.**

26

27 Dated:  October 26, 2021          _____
                                    NATHANAEL M. COUSINS
28                                  United States Magistrate Judge

United States District Court
Northern District of California